IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NACLIN PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| WILLIAM J. WOLFE, et al. | : | NO. 02-3003 |

ORDER

AND NOW, this      day of      2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that on May 28, 2002, this court Ordered the Clerk of Court to furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, ordered petitioner to complete these forms as directed by Local Civil Rule 9.3 and return them to the Clerk of Court within thirty (30) days, or else this civil action would be dismissed, and

it further appearing that the Clerk of Court promptly complied with the Court's Order of May 28, 2002, but that petitioner has not responded by completing and filing the current form, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
RONALD L. BUCKWALTER, J.